604 A.2d 1028

COMMONWEALTH of Pennsylvania

v.

James Ray WRIGHT, Appellant.

Supreme Court of Pennsylvania.

Argued March 12, 1992.

Decided April 16, 1992.

Michael R. Cauley, (Court-appointed), Erie, for appellant.

William R. Cunningham, Dist. Atty., Erie, for appellee.

Kathy L. Echternach, Asst. Dist. Atty., Philadelphia, for amicus curiae, Pennsylvania Dist. Attys. Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order, 404 Pa.Super. 653, 580 A.2d 1169, affirmed.

PAPADAKOS, J., did not participate in the consideration or decision of this case.